[No. 29392-7-II.  Division Two.  February 3, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. RAYMOND GEORGE BLUM, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02092-7, Katherine M. Stolz, J., entered September 27, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ. Now published at 121 Wn. App. 1.

[No. 29545-8-II.  Division Two.  February 3, 2004.]

RAY REICHENBERG, ET AL., *Appellants*, v. PIERCE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-04284-3, Vickie L. Hogan and Bruce W. Cohoe, JJ., entered October 25, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 29633-1-II.  Division Two.  February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA OWEN CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01257-4, Roger A. Bennett, J., entered November 21, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 29702-7-II.  Division Two.  February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. VY LA LE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00513-1, Terry D. Sebring, J., entered December 5, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.